No. 1311. McGann, Administrator v. District of Columbia. C. A. D. C. Cir. Certiorari denied. *James P. Burns* for petitioner. *Charles T. Duncan, Hubert B. Pair, Richard W. Barton,* and *David P. Sutton* for respondent.

No. 1313. Bank of the Southwest National Association, Houston, Trustee v. Phinney, District Director of Internal Revenue. C. A. 5th Cir. Certiorari denied. *Charles W. Hall* for petitioner. *Solicitor General Griswold, Assistant Attorney General Rogovin,* and *Howard J. Feldman* for respondent.

No. 1314. International Brotherhood of Boilermakers, Iron Shipbuilders, Blacksmiths, Forgers & Helpers v. Braswell. C. A. 5th Cir. Certiorari denied. *Louis Sherman* for petitioner. *Robert E. McDonald, Jr.,* for respondent.

No. 1315. Duncan v. United States. C. A. 9th Cir. Certiorari denied. *John J. Flynn* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 1319. Hagerty v. Louisiana. Sup. Ct. La. Certiorari denied. *G. W. Gill, Sr.,* for petitioner.

No. 1323. Barbee et al. v. United States. C. A. 5th Cir. Certiorari denied. *Hume Cofer* and *John D. Cofer* for petitioners. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Paul C. Summitt* for the United States.